ADAM WANG (STATE BAR NUMBER 201233)
LAW OFFICES OF ADAM WANG
12 South First Street, Suite 613
San Jose, CA 95113
Tel: (408) 421-3403
Fax: (408) 416-0248
waqw@sbcglobal.net

Attorneys for Plaintiffs
BOANERGES VILLALOBOS,
MANUEL VILLALOBOS, MANOLO BARRERA,
& LAURIANO ALVEREZ-DEVILA

Evan D. Williams
Law Office of Evan D Williams
101 Orange St #B
PO Box 39
Auburn, CA, 95604-0309
Phone Number (530) 887-8100
Fax Number (530) 887-8540

Attorney for Defendants

UNITED STATES DISTRICT COURT

FOR DISTRICT OF NORTHERN CALIFORNIA

| | |
|---|---|
| BOANERGES VILLALOBOS, MANUEL VILLALOBOS, MANOLO BARRERA, AND LAURIANO ALVEREZ-DEVILA, individually and on behalf of others similarly situated<br><br>Plaintiffs,<br>vs.<br><br>HEIDI GUERTIN, JAMES GUERTIN, DBA NORCAL PLASTERING, AND DOES 1 TO 10<br><br>Defendants | Case No.: C07-2778 LKK-GGH<br><br>STIPULATION TO CONTINUE STATUS CONFERENCE |

Parties, through their respective counsel, stipulate to continue the Status Conference currently set for April 21, 2008 at 2:30 PM as follows:

1.  This case was filed on December 28, 2007.

2.	All Defendants were served on February 11, 2008, with the answer due on March 3, 2008.

3.	In early February 2007, Plaintiffs counsel and Mr. Evan Williams who is the counsel for Defendants primarily on business matters communicated, where Plaintiffs' counsel was informed that Defendants were in the process in ascertaining if the current lawsuit was covered by insurance.  Counsel did touch base on the possibility of settling the case early on with the named plaintiffs, with the understanding that if the case did not settle, Mr. Williams would refer this case to an attorney in Sacramento with expertise in wage and hour matter to handle the litigation.

4.	On February 21, 2008, Plaintiffs filed their Status Report, informing the court that the Defendants were in the process of determining if the suit was covered by their insurance policy.  On February 27, 2008, this Court continued the Status Conference initially set for March 3, 2007 to April 21, 2008.

5.	In mid- March, however, a woman named Dianne contacted Plaintiffs counsel's office, inquiring about the date of the services in this case.  She was given the information, but did not identify who she was.

6.	Informed by his secretary, Plaintiff counsel assumed that this woman was the new counsel who would handle this litigation on behalf of Defendants, while this woman turned out to be from Defendants' insurance carrier.  As such, Plaintiffs counsel did not follow up with Mr. Williams.

7.	Meanwhile, Mr. Williams was still waiting to hear from Plaintiffs' counsel regarding the possible early settlement, and as a result, he did not refer the case to a wage and hour litigator.

8.	Given the misunderstanding and the miscommunications, parties feel that it would not be productive to proceed at this point with the Status Conference on April 21, 2008.  Instead, parties respectfully request that the Court continue the Status Conference for two weeks to May 5, 2008.

9.	Parties further stipulate that the Defendants should file their Answer to the Complaint no later than April 28, 2008; or Plaintiffs should file for a default.

PDF created with pdfFactory trial version www.pdffactory.com

Dated: April 17, 2008             By:   /s/ ADAM WANG            .
                                        Attorney for Plaintiffs

Dated: April 17, 2008             By:  /s/ Evan D. Williams         .
                                        Attorney for Defendants

ORDER

Pursuant to parties' stipulation, IT IS HEREBY ORDERED that the Defendants shall file their Answer to the Complaint no later than April 28, 2008. If Defendants fail to file such an Answer, Plaintiffs should file for default.

IT IS FURTHER ORDERED that the Status Conference be continued to May 5, 2008 at 3:30 p.m. Parties are to file respective status reports no later than April 29, 2008.

IT IS SO ORDERED.

Dated: April 18, 2008

LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT

3                                    Case No.  C07-2778 LKK-GGH

**STIPULATION TO CONTINUE STATUS CONFERENCE**
Villalobos, et al  v. Gurtin, et al.

PDF created with pdfFactory trial version www.pdffactory.com