UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

BOANERGES VILLALOBOS, et al.,

          NO. CIV. S-07-2778 LKK/GGH

    Plaintiffs,

  v.

          O R D E R

JAMES GUERTIN, et al.,

    Defendants.
_____/

    Pending before the court is defendants' motion for summary judgment or, in the alternative, motion to strike, currently set to be heard on August 3, 2009. Due to court congestion, the hearing is CONTINUED to August 17, 2009. Plaintiffs' opposition or statement of non-opposition SHALL be filed and served not later than July 20, 2009. Defendants' reply, if any, SHALL be filed and served not later than July 27, 2009.

    IT IS SO ORDERED.

    DATED: July 7, 2009.

LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT